IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JORDAN SHEPHERD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:22-cv-1376-DAE |
| | § | |
| THE LAW OFFICES OF MARK HULL, | § | |
| PC AND MARK HULL, INDIVIDUALLY | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING JOINT MOTION FOR LEAVE
TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL**

Pending before the Court is the parties' Joint Motion for Leave to File Confidential Settlement Agreement Under Seal ("Motion"). (Dkt. # 16.) For the reasons set forth in the Motion, the Court finds that good cause exists for filing the parties' proposed settlement agreement under seal. Accordingly, the Motion is hereby **GRANTED**.

**IT IS SO ORDERED** on November 3, 2023.

_____
David Alan Ezra
Senior United States District Judge