IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JORDAN SHEPHERD, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:22-cv-1376-DAE |
| | § | |
| THE LAW OFFICES OF MARK HULL, | § | |
| PC AND MARK HULL, INDIVIDUALLY | § | |
| | § | |
| *Defendants.* | § | |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Motion for Court Approval of Settlement Agreement and Request for Order of Dismissal with Prejudice ("Joint Motion"). (Dkt. # 17.)  The Court has reviewed the Joint Motion, the Settlement Agreement attached thereto, and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement, the Court approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over the provisions of the FLSA.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion is **GRANTED**;
2. The Parties' Settlement Agreement is hereby **APPROVED**; and
3. This case is **DISMISSED WITH PREJUDICE.**

The Clerk is **INSTRUCTED TO CLOSE THE CASE.**

**IT IS SO ORDERED.**

Signed:  November 3, 2023.

_____
David Alan Ezra
Senior United States District Judge